```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SHANNON HIGH-BASSALIK,                                       :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :     15-cv-10084 (KBF)
                                                             :
EHAB AL SHIHABI, in his individual and                       :          ORDER
professional capacities,                                     :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 4, 2016
```

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Thursday, February 18, 2016, at 1:30 p.m.** All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated: New York, New York
January 4, 2016

---

KATHERINE B. FORREST
United States District Judge